IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED, EUROPEAN INVESTMENTS (MORÓN) 1 LIMITED, EUROPEAN INVESTMENTS (MORÓN) 2 LIMITED, EUROPEAN INVESTMENTS (OLIVENZA) 1 LIMITED, and EUROPEAN INVESTMENTS (OLIVENZA) 2 LIMITED,<br><br>Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:20-cv-00817-JDB<br><br>Hon. John D. Bates |

## STATUS REPORT

On October 27, 2020, the Court stayed the proceedings in this case pending a decision by the *ad hoc* annulment Committee on whether to continue the stay of enforcement of the arbitral award. *See* Minute Order (Oct. 27, 2020). The Court further ordered the Parties to submit a status report within five business days of such decision. *Id.*

The *ad hoc* annulment Committee rendered its decision on October 27, 2020. Under the terms of that decision, the provisional stay of enforcement remains in effect unless and until Petitioners accept certain conditions (e.g., that Petitioners agree not to use or transfer any amounts collected from Spain and that Petitioners' parent companies provide an undertaking guaranteeing any amounts collected, in the event the *ad hoc* Committee annuls the Award). The *ad hoc* Committee allowed Petitioners until December 31, 2020 to comply with those conditions. If Petitioners comply to the satisfaction of the *ad hoc* Committee, the Parties expect the *ad hoc* Committee to enter an additional order formally lifting the provisional stay.

WHEREFORE, the Parties respectfully request that the Court enter a Minute Order directing the Parties to submit a status report within five business days of either (i) the lifting of the stay, (ii) a further decision of the *ad hoc* Committee addressing the stay (e.g., continuing the stay in the event the undertakings are deemed insufficient), or (iii) the expiration of the December 31, 2020 deadline, whichever occurs first.

Dated: November 3, 2020               Respectfully submitted,

 */s/ Ana C. Reyes*                                      */s/ Alexander A. Yanos*
Ana C. Reyes                                             Alexander A. Yanos
    (D.C. Bar No. 477354)                        (D.C. Bar No. NY0219)
Jonathan M. Landy                                        Carlos Ramos-Mrosovsky
    (D.C. Bar No. 467847)                        (D.C. Bar No. 986363)
Benjamin W. Graham                                       Rajat Rana
    (D.C. Bar No. 1044724)                       (D.C. Bar No. 1032596)
WILLIAMS & CONNOLLY LLP                                  ALSTON & BIRD LLP
725 Twelfth Street, N.W.                                 90 Park Avenue
Washington, DC 20005                                     New York, NY 10016
Tel.:   (202) 434-5000                                   Tel.:   (212) 210-9400
Fax:    (202) 434-5029                                   Fax:    (212) 210-9444
Email: areyes@wc.com                                     Email: alex.yanos@alston.com

Csaba M. Rusznak (D.C. Bar No. 1030310)                  *Counsel for InfraRed Environmental*
SOVEREIGN ARBITRATION ADVISORS LLC                       *Infrastructure GP Limited, European*
1050 Connecticut Avenue, N.W., Ste. 66255                *Investments (Morón) 1 Limited, European*
Washington, DC 20035                                     *Investments (Morón) 2 Limited, European*
crusznak@sovereignarbitration.us                         *Investments (Olivenza) 1 Limited, and*
                                                         *European Investments (Olivenza) 2 Limited*

*Counsel for the Kingdom of Spain*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                                  */s/ Benjamin W. Graham*
                                                                  Benjamin W. Graham