IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED, et al., <br><br> Petitioners, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:20-cv-00817-JDB <br><br> **Hon. John D. Bates** |

## JOINT MOTION AND STATUS REPORT

The Parties submit this Joint Motion and Status Report to request that the Court enter a briefing schedule. In support of this motion, the Parties state the following:

1. In this action, Petitioners seek an order under 22 U.S.C. § 1650a registering as a foreign judgment an arbitral award issued on August 2, 2019 (the "Award") in an arbitration conducted under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "ICSID Convention").

2. On December 5, 2019, Spain filed an application for annulment of the Award under the ICSID Convention. Under Article 52(5) of the ICSID Convention, enforcement of the Award was provisionally stayed until an *ad hoc* annulment committee (the "Committee") was constituted and decided whether the stay should remain in force.

3. Petitioners filed this action on March 25, 2020 and effected service of process on Spain in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a) and the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention") on September 9, 2020. *See* Joint Motion

1

and Status Report, ECF No. 11.  Under 28 U.S.C. § 1608(d), Spain's response to the Petition would ordinarily have been due sixty days after service, i.e., on November 9, 2020.

    4.    On October 26, 2020, recognizing that enforcement of the Award was provisionally stayed under the ICSID Convention, the Parties requested that the Court stay these proceedings pending a further decision from the ICSID *ad hoc* annulment Committee.  *See* Joint Motion and Status Report, ECF No. 11.  The Court granted that request and stayed the proceedings on October 27, 2020.  *See* Minute Order (Oct. 27, 2020).

    5.    On October 27, 2020, the *ad hoc* annulment Committee rendered its decision, ordering that the provisional stay would be lifted if Petitioners accepted certain conditions by December 31, 2020.  The Parties advised the Court of this development on November 3, 2020. *See* Status Report, ECF No. 13.

    6.    On November 3, 2020, the Court then ordered the Parties to file a further status report within five business days of (i) the lifting of the provisional stay of enforcement by the *ad hoc* annulment committee, (ii) a further decision of the *ad hoc* annulment Committee otherwise addressing the stay, or (iii) the expiration of the December 31, 2020 deadline, whichever comes first.  *See* Minute Order (Nov. 3, 2020).

    7.    On December 31, 2020, the *ad hoc* Committee entered issued a decision approving Petitioners' undertaking and instructing that signed copies of the undertaking be provided to the *ad hoc* Committee by January 11, 2021.  The Parties therefore expect the provisional stay to be lifted.

    WHEREFORE, the Parties respectfully request that the Court enter a Minute Order setting a briefing schedule with Spain's motion to dismiss due on February 12, 2021; Petitioners' opposition due on March 5, 2021; and Spain's reply due on March 19, 2021.

Dated: January 8, 2021

  /s/ Ana C. Reyes
Ana C. Reyes
   (D.C. Bar No. 477354)
Jonathan M. Landy
   (D.C. Bar No. 467847)
Benjamin W. Graham
   (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: areyes@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC 20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*

Respectfully submitted,

  /s/ Alexander A. Yanos
Alexander A. Yanos
   (D.C. Bar No. NY0219)
Carlos Ramos-Mrosovsky
   (D.C. Bar No. 986363)
Rajat Rana
   (D.C. Bar No. 1032596)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444
Email: alex.yanos@alston.com

*Counsel for InfraRed Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                     */s/ Benjamin W. Graham*
                                                    Benjamin W. Graham