IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED, EUROPEAN INVESTMENTS (MORÓN) 1 LIMITED, EUROPEAN INVESTMENTS (MORÓN) 2 LIMITED, EUROPEAN INVESTMENTS (OLIVENZA) 1 LIMITED, and EUROPEAN INVESTMENTS (OLIVENZA) 2 LIMITED,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KINGDOM OF SPAIN,<br><br>    *Defendant*. | Civil Action No: 1:20-cv-00817-JDB |

**DECLARATION OF ALEXANDER A. YANOS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT KINGDOM OF SPAIN'S MOTION TO DISMISS THE COMPLAINT OR STAY THE PROCEEDINGS AND IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, declare as follows:

1. I am an attorney at Alston & Bird, LLP and counsel for Plaintiffs InfraRed Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited (collectively, "Plaintiffs") in the above-captioned action.

2. I submit this declaration in support of Plaintiffs' response in opposition to the Kingdom of Spain's ("Spain") Motion to Dismiss or Stay the Proceedings, ECF No. 16, and in support of Plaintiffs' Motion for Summary Judgment.

3. Attached hereto as "**Exhibit 1**" is a true and correct copy of *Database of ICSID Member States*, ICSID WORLD BANK GROUP, https://icsid.worldbank.org/en/Pages/about/Database-of-Member-States.aspx (last visited March 3, 2021).

4. Attached hereto as "**Exhibit 2**" is a true and correct copy of *Signatories / Contracting Parties*, *Energy Charter Treaty*, INTERNATIONAL ENERGY CHARTER, https://www.energycharter.org/process/energy-charter-treaty-1994/energy-charter-treaty/signatories-contracting-parties/ (last visited March 3, 2021).

5. Attached hereto as "**Exhibit 3**" is a true and correct copy of ICSID Convention, Regulations, and Rules, ICSID WORLD BANK GROUP, https://icsid.worldbank.org/sites/default/files/ICSID%20Convention%20English.pdf (last visited March 4, 2021). The ICSID Arbitration Rules are found starting on page 73.

6. Attached hereto as "**Exhibit 4**" is a true and correct copy of *Arbitration Experience*, WILLIAM W. PARK, http://www.williamwpark.com/arbitration_exp.htm (last visited March 3, 2021);

7. Attached hereto as "**Exhibit 5**" is a true and correct copy of *Pierre-Marie Dupuy*, INTERNATIONAL ARBITRATION INSTITUTE, https://www.iaiparis.com/profile/pierre-marie.dupuy (last visited March 3, 2021);

8. Attached hereto as "**Exhibit 6**" is a true and correct copy of *Stephen L. Drymer*, WOODS LITIGATION BOUTIQUE, http://www.litigationboutique.com/team/stephen-l-drymer (last visited March 3, 2021).

9. Attached hereto as "**Exhibit 7**" is a true and correct copy of Case Details, *InfraRed Environmental Infrastructure GP Limited and others v. Kingdom of Spain*, ICSID Case No. ARB/14/12, ICSID WORLD BANK GROUP, https://icsid.worldbank.org/cases/case-database/case-detail?CaseNo=ARB/14/12 (last visited March 3, 2021).

10. Attached hereto as "**Exhibit 8**" is a true and correct copy of *Dr. Karim Hafez*, ICSID WORLD BANK GROUP, https://icsid.worldbank.org/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=362 (last visited March 4, 2021).

11. Attached hereto as "**Exhibit 9**" is a true and correct copy of *Yuejiao Zhang*, CHINA INTERNATIONAL COMMERCIAL COURT, http://cicc.court.gov.cn/html/1/219/235/237/1035.html (last visited March 5, 2021).

12. Attached hereto as "**Exhibit 10**" is a true and correct copy of Professional CV, JOSÉ MIGUEL JUDICE, https://www.josemigueljudice-arbitration.com/en/professional-cv/ (last visited March 3, 2021).

13. Attached hereto as "**Exhibit 11**" is a true and correct copy of Decision on Continuation of Stay of Enforcement of the Award, *InfraRed Environmental Infrastructure GP Limited and others v. Kingdom of Spain*, ICSID Case No. ARB/14/12 – Annulment Proceeding (Oct. 27, 2020).

14. Attached hereto as "**Exhibit 12**" is a true and correct copy of Procedural Order No. 6 on Infrared's Draft Undertakings, *InfraRed Environmental Infrastructure GP Limited and others v. Kingdom of Spain*, ICSID Case No. ARB/14/12 – Annulment Proceeding (Dec. 31, 2020).

15. Attached hereto as "**Exhibit 13**" is a true and correct copy of Procedural Order No. 7 on the Stay of Enforcement of the Award, *InfraRed Environmental Infrastructure GP Limited and others v. Kingdom of Spain*, ICSID Case No. ARB/14/12 – Annulment Proceeding (Feb. 12, 2021).

16. Attached hereto as "**Exhibit 14**" is a true and correct copy of *Brexit: What you need to know about the UK leaving the EU*, BBC NEWS (Dec. 30, 2020), https://www.bbc.com/news/uk-politics-32810887.

17. Attached hereto as "**Exhibit 15**" is a true and correct copy of Decision Terminating the Stay of Enforcement of the Award, *NextEra Energy Global Holdings B.V. et al v. Kingdom of Spain*, ICSID Case No. ARB/14/11 (May 28, 2020), *available at* https://www.italaw.com/sites/default/files/case-documents/italaw11629.pdf.

18. Attached hereto as "**Exhibit 16**" is a true and correct copy of excerpts from Christoph H. Schreuer, The ICSID Convention: A Commentary (2d ed. 2009).

19. Attached hereto as "**Exhibit 17**" is a true and correct copy of United States: Act Implementing I.B.R.D. Convention on Settlement of Investment Disputes (Enforcement of Arbitral Awards), 5 I.L.M. 820 (1966), which features on the second page the Statement of

4

Andreas F. Lowenfeld, Deputy Legal Adviser, Department of State on the US Act implementing the ICSID Convention, 5 ILM 820, 826 (1966), as reproduced in "Convention on the Settlement of Investment Disputes: Hearing on H.R. 15785 before the Subcommittee on International Organizations and Movements of the Committee on Foreign Affairs," House of Representatives, 89th Cond. 2d Sess. (Jun. 28, 1966).

20.     Attached hereto as "**Exhibit 18**" are true and accurate copies of *Case Database*, ICSID WORLD BANK GROUP, https://icsid.worldbank.org/cases/case-database (last visited March 5, 2021). These copies show ICSID cases filtered by: (1) all cases governed by the ICSID Convention, totaling 731 cases; and (2) all cases governed by the ICSID Convention brought by United States claimants, totaling 126 cases as of March 5, 2021.

21.     Attached hereto as "**Exhibit 19**" is a true and accurate copy of the Tribunal's Decision on Claimants' Objection Under ICSID Rule 41(5) To Respondent's Application For Revision, *InfraRed Environmental Infrastructure GP Limited and others v. Kingdom of Spain*, ICSID Case No. ARB/14/12 – Revision Proceeding (Mar. 8, 2021).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2021                              Respectfully submitted,

  New York, New York

                                                                        _____
                                                                        Alexander A. Yanos
                                                                        **ALSTON & BIRD LLP**
                                                                        90 Park Avenue
                                                                        New York, NY 10016
                                                                        Tel: 202-210-9400
                                                                        Fax: 212-210-9444
                                                                        alex.yanos@alston.com