IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED, EUROPEAN INVESTMENTS (MORÓN) 1 LIMITED, EUROPEAN INVESTMENTS (MORÓN) 2 LIMITED, EUROPEAN INVESTMENTS (OLIVENZA) 1 LIMITED, and EUROPEAN INVESTMENTS (OLIVENZA) 2 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Defendant. | Civil Action No. 1:20-cv-00817-JDB<br><br>**Hon. John D. Bates** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 29, 2021, the Parties submit this Joint Status Report on the progress of the proceedings before the ICSID Annulment Committee ("Committee").

1. On June 23–25, 2021, the Committee held a hearing on Spain's application for annulment of the Award.

2. On July 30, 2021, the Parties submitted post-hearing briefs addressing questions from the Committee.

3. On August 3, 2021, Plaintiffs submitted an application to the Committee seeking the admission of new evidence.

4. On August 10, 2021, Spain submitted observations on Plaintiffs' application.

5. On August 12, 2021, the Committee issued a decision on Plaintiffs' request for the admission of new evidence.

1

Dated:  August 20, 2021

    /s/ *Alexander A. Yanos*
Alexander A. Yanos
Rajat Rana
Robert Poole (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue New York, NY 10016
Tel.:       (212) 210-9400
Fax:       (212) 210-9444
Email:    alex.yanos@alston.com

*Counsel for Plaintiffs*

Respectfully submitted,

    */s/ Ana C. Reyes*
Ana C. Reyes (D.C. Bar No. 477354)
Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:       (202) 434-5000
Fax:       (202) 434-5029
Email:    areyes@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Alexander A. Yanos*
Alexander A. Yanos
