# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Defendant. | Civil Action No. 1:20-cv-00817-JDB <br><br> **Hon. John D. Bates** |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 16, 2021, as amended by the March 22, 2022, docket order, the Parties submit this Joint Status Report on the progress of the proceedings before the ICSID Annulment Committee. The Parties reported in the last Joint Status Report, ECF No. 36, that the ad hoc Committee declared the proceeding closed as of March 16, 2022, in accordance with ICSID Arbitration Rules 38(1) and 53. The Committee indicated that they would dispatch the Decision on Annulment by early April. Unfortunately, the Parties have yet to receive the Decision. The Parties propose to file the next Report when they receive the Decision or by Monday, July 18, 2022—whichever is earliest.[1]

Dated: May 17, 2022

Respectfully submitted,

 /s/ Alexander A. Yanos
Alexander A. Yanos
Rajat Rana
Robert Poole (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue New York, NY 10016
Tel.:     (212) 210-9400
Fax:     (212) 210-9444

---

[1] Sixty days from today would place a deadline on Saturday, July 16, 2022. The Parties propose filing the next Joint Status Report the following Monday.

Email: alex.yanos@alston.com
*Counsel for Plaintiffs*

s/ *Jonathan M. Landy*

Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:     (202) 434-5000
Fax:     (202) 434-5029
Email:  JLandy@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035

*Counsel for the Kingdom of Spain*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2022, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                   */s/ Alexander A. Yanos*
                                                 Alexander A. Yanos