# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Defendant. | Civil Action No. 1:20-cv-00817-JDB <br><br> **Hon. John D. Bates** |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 16, 2021, as amended by the May 17, 2022, docket order, the Parties submit this Joint Status Report to notify the Court that the ICSID Annulment Committee issued a decision on June 10, 2022, declining to annul the Award. The Parties request that the Court lift the current stay on these proceedings and permit the Parties to propose a new briefing schedule, if any, within 5 days in a subsequent joint status report.

Dated: June 15, 2022

Respectfully submitted,

/s/ *Alexander A. Yanos*
Alexander A. Yanos
Rajat Rana
Robert Poole (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue New York, NY 10016
Tel.:   (212) 210-9400
Fax:   (212) 210-9444
Email:   alex.yanos@alston.com

*Counsel for Plaintiffs*

/s/ Jonathan M. Landy

Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP

725 Twelfth Street, N.W.
Washington, DC 20005
Tel.:    (202) 434-5000
Fax:    (202) 434-5029
Email:   JLandy@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC 20035

*Counsel for the Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Alexander A. Yanos*
Alexander A. Yanos
