# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>*Defendant*. | Civil Action No. 1:20-cv-00817-JDB<br><br>**Hon. John D. Bates** |

## JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT A FURTHER STATUS REPORT

The Parties submit this Joint Motion to inform the Court that Plaintiffs are changing counsel. As a result, Plaintiffs request the Court adjourn the question of a proposed briefing schedule until new counsel has entered an appearance. The Kingdom of Spain consents to postpone the submission of a new briefing schedule until Plaintiffs' new counsel has made an appearance.

Dated: June 24, 2022

Respectfully submitted,

*/s/ Alexander A. Yanos*
Alexander A. Yanos
Rajat Rana
Robert Poole (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue New York, NY 10016
Tel.:   (212) 210-9400
Fax:   (212) 210-9444
Email:   alex.yanos@alston.com

*Counsel for Plaintiffs*

*/s/ Jonathan M. Landy*

Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C.  20024
Tel.:     (202) 434-5000
Fax:     (202) 434-5029
Email:  jlandy@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035

*Counsel for the Kingdom of Spain*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                  */s/ Alexander A. Yanos*
                                                    Alexander A. Yanos