AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| InfraRed Environmental Infrastructure GP Ltd. et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-817-JDB |
| Kingdom of Spain ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

InfraRed Environmental Infrastructure GP Limited, et al.

Date: 07/25/2022

/s/ Ankita Ritwik
*Attorney's signature*

Ankita Ritwik, D.C. Bar #1024801
*Printed name and bar number*

1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Address*

aritwik@gibsondunn.com
*E-mail address*

202.887.3715
*Telephone number*

202.831.6062
*FAX number*