IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| InfraRed Environmental Infrastructure GP Limited et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Kingdom of Spain, <br><br> *Respondent*. | Civil Action No. 1:20-cv-00817-JDB |

**Joint Status Report and Proposed Briefing Schedule**

Pursuant to the Court's June 27, 2022 Minute Order, Plaintiffs InfraRed Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited (collectively, "Plaintiffs"), and Respondent the Kingdom of Spain ("Spain") (collectively, "the Parties") submit this Joint Status Report and Proposed Briefing Schedule to the Court.

As Plaintiffs' previous counsel notified the Court on June 24, 2022, Plaintiffs have changed counsel. *See* ECF No. 41. On July 25, 2022, Plaintiffs' new counsel filed their notices of appearance. *See* ECF Nos. 42-45. The Court's June 27, 2022 Minute Order instructed that, by August 1, 2022, the Parties should "file a further joint status report informing the Court of their views on the remaining issues and proposing a schedule for any further briefing."

Before the Court issued a stay on June 29, 2021, the Parties had fully briefed Spain's motion to dismiss, *see* ECF Nos. 16, 22, 24, 27, and Plaintiffs' motion for summary judgment, *see* ECF Nos. 25, 28, 29. When issuing a stay pending the *ad hoc* committee's annulment decision,

1

the Court denied without prejudice Spain's motion to dismiss and Plaintiffs' motion for summary judgment.  On June 15, 2022, the Court lifted the stay.

Over the past year and a half from when the Parties first began their briefing, there have been significant legal developments both in the U.S. and in Europe.  The Parties respectfully request the opportunity to re-brief the case and propose the following briefing schedule for the Court's consideration:

- Spain's Motion to Dismiss:  Friday, September 9, 2022
- Amicus Brief in Support of Spain:  Friday, September 23, 2022
- Plaintiffs' Opposition:  Friday, October 21, 2022
- Spain's Reply:  Friday, November 4, 2022.

Dated: August 1, 2022

KINGDOM OF SPAIN

By its attorneys,

*/s/ Jonathan M. Landy*
Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:    (202) 434-5000
Fax:    (202) 434-5029
Email:  jlandy@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*

Respectfully submitted,

RREEF INFRASTRUCTURE (G.P.) LIMITED AND RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L.

By its attorneys,

/s/*Matthew McGill*
Matthew McGill (D.C. Bar #481430)
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
Ankita Ritwik, D.C. Bar #1024801
aritwik@gibsondunn.com
Luke Zaro, D.C. Bar #1670941
lzaro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs InfraRed Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I caused a true and correct copy of the foregoing Joint Status Report and Proposed Briefing Schedule to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill