IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Infrared Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited,<br><br>*Plaintiffs*,<br><br>v.<br><br>The Kingdom of Spain,<br><br>*Defendant*. | Civil Action No. 1:20-cv-0817-JDB |

## Joint Status Report

Plaintiffs Infrared Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited ("Plaintiffs") and Defendant the Kingdom of Spain ("Spain") (collectively, the "Parties") respectfully submit this response to the Court's June 21, 2023 Minute Order. In the Minute Order, the Court observed that three appeals—*NextEra Energy Global Holdings BV v. Kingdom of Spain*, No. 23-7031, *9REN Holding SARL v. Kingdom of Spain*, No. 23-7032, and *Blasket Renewable Investments LLC v. Kingdom of Spain*, No. 23-7038—are currently pending before the D.C. Circuit that "will bear directly on the legal questions presented in this case." The Court thus requested the Parties' positions on whether this matter should be stayed pending the D.C. Circuit's resolution of those appeals.

Spain's position is that a stay is appropriate in this case until the D.C. Circuit decides *NextEra*, *9REN*, and *Blasket*. Plaintiffs do not oppose entry of a stay on these terms. Plaintiffs respectfully request, however, that before entering a stay, the Court first grant their motion to

1

substitute Assignee Blasket Renewable Investments LLC ("Blasket") as Plaintiff in this action. ECF No. 56. Although Spain initially opposed the motion, ECF No. 57, Spain has since withdrawn its opposition, ECF No. 61. Blasket joins Plaintiffs' position on a stay.

| | |
|---|---|
| Dated: July 7, 2023 | Respectfully submitted, |
| KINGDOM OF SPAIN | INFRARED ENVIRONMENTAL INFRASTRUCTURE GP LIMITED, EUROPEAN INVESTMENTS (MORÓN) 1 LIMITED, EUROPEAN INVESTMENTS (MORÓN) 2 LIMITED, EUROPEAN INVESTMENTS (OLIVENZA) 1 LIMITED, EUROPEAN INVESTMENTS (OLIVENZA) 2 LIMITED; and BLASKET RENEWABLE INVESTMENTS LLC |
| By its attorneys, | By their attorneys, |
| /s/ Jonathan M. Landy | /s/ Matthew McGill |
| Jonathan M. Landy (D.C. Bar No. 467847) | Matthew McGill (D.C. Bar #481430) |
| Benjamin W. Graham (D.C. Bar No. 1044724) | mmcgill@gibsondunn.com |
| WILLIAMS & CONNOLLY LLP | Matthew S. Rozen (D.C. Bar #1023209) |
| 680 Maine Avenue, S.W. | mrozen@gibsondunn.com |
| Washington, DC  20024 | Ankita Ritwik (D.C. Bar #1024801) |
| Tel.:   (202) 434-5000 | aritwik@gibsondunn.com |
| Fax:    (202) 434-5029 | GIBSON, DUNN & CRUTCHER LLP |
| Email: jlandy@wc.com | 1050 Connecticut Avenue, N.W. |
| | Washington, DC  20036 |
| Csaba M. Rusznak (D.C. Bar No. 1030310) | Telephone: 202.955.8500 |
| SOVEREIGN ARBITRATION ADVISORS LLC | Facsimile: 202.467.0539 |
| 1050 Connecticut Avenue, N.W., Ste. 66255 | |
| Washington, DC  20035 | *Attorneys for Infrared Environmental Infrastructure GP Limited, European Investments (Morón) 1 Limited, European Investments (Morón) 2 Limited, European Investments (Olivenza) 1 Limited, and European Investments (Olivenza) 2 Limited and for Assignee Blasket Renewable Investments LLC* |
| crusznak@sovereignarbitration.us | |
| *Counsel for the Kingdom of Spain* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2023, I caused a true and correct copy of the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

                                                */s/ Matthew McGill*
                                                Matthew McGill