AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Blasket Renewable Investments LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-817-JDB |
| Kingdom of Spain | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kingdom of Spain.

Date: 01/07/2025

/s/ Ayoub Ouederni
*Attorney's signature*

Ayoub Ouederni (D.C. Bar No. 90005248)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
*Address*

aouederni@wc.com
*E-mail address*

(202) 434-5337
*Telephone number*

*FAX number*