# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLASKET RENEWABLE INVESTMENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**KINGDOM OF SPAIN,**<br><br>Defendant. | Civil Action No. 20-817 (JDB) |

## ORDER

Upon consideration of [74] Spain's motion for summary judgment and [79] Blasket's cross-motion for summary judgment, and the entire record herein, for the reasons set forth in the memorandum opinion issued on this day, it is hereby

- **ORDERED** that [74] Spain's motion for summary judgment is **DENIED**; it is further

- **ORDERED** that [79] Blasket's cross-motion for summary judgment is **GRANTED**; and it is further

- **ORDERED** that parties shall meet, confer, and jointly file a proposed final judgment by not later than September 12, 2025. The proposed judgment shall include all elements of the ICSID Award, as well as a current calculation of pre- and post-judgment interest.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

1

Dated: <u>August 13, 2025</u>