AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Blasket Renewable Investments LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00817-JDB |
| Kingdom of Spain ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blasket Renewable Investments LLC.

Date: 11/19/2025

/s/E. Caroline Freeman
*Attorney's signature*

E. Caroline Freeman (DC Bar No. 90018777)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
*Address*

cfreeman@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*